# Court of Appeals
# of the State of Georgia

ATLANTA, May 22, 2026

*The Court of Appeals hereby passes the following order*

**A26D0489. IN THE INTEREST OF L. B. et al., CHILDREN (FATHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

24JV01079 24JV01080



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, May 22, 2026.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*